DEANNA L. FORBUSH
Nevada Bar No. 6646
MORRIS POLICH & PURDY LLP
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
DForbush@mpplaw.com

*Attorneys for Defendant,*
*Venetian Casino Resort, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN J. DUNCAN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　　Defendant. | Case No.:　2:14-cv-00001-LRH-GWF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR WAIVER OF APPEARANCE |

Pursuant to Defendant's Motion for Waiver of Appearance, and for good cause shown,

**IT IS HEREBY ORDERED**, that Defendant Motion for Waiver of Appearance is **GRANTED** and Defendant Venetian's AIG Claims Analyst, Veronica C. Barkley is not required to appear in person at the April 25, 2016 settlement conference.

DATED this 18th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge