UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWN J. DUNCAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VENETIAN CASINO RESORT, LLC,<br>a Nevada limited liability company,<br><br>　　　　Defendant. | Case No.: 2:14-cv-00001-LRH-GWF<br><br><br><br><br>**STIPULATION AND ORDER**<br>**TO DISMISS WITH PREJUDICE** |

　　　　Plaintiff DAWN J. DUNCAN and Defendant VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, by and through their respective counsel of record, do hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE, with each side to bear her or its own attorney's fees and costs.

| | |
|---|---|
| DATED: June 6, 2016. | DATED: June 6, 2016. |
| LAW OFFICES OF ROBERT P. SPRETNAK | MORRIS POLICH & PURDY LLP |
| By: /s/ Robert P. Spretnak<br>　　　Robert P. Spretnak, Esq. | By: /s/ Deanna L. Forbush<br>　　　Deanna L. Forbush, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | 3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169 |

　　　　IT IS SO ORDERED.

　　　　DATED this 12th day of June, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE